UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA CAROLINA H.,[1] | No.  1:26-cv-0001-JLT-SKO (HC) |
| Petitioner, | **ORDER TO PROVIDE EVIDENCE** |
| v. | **[5-DAY DEADLINE]** |
| MOISES BECERRA, et al., | |
| Respondents. | |

Petitioner Diana Carolina H. is an immigration detainee proceeding with a petition for writ of habeas corpus. (Doc. 1.) On March 10, 2026, Respondents filed a status update advising that circumstances have changed and Immigration and Customs Enforcement ("ICE") is now able to remove Petitioner to her country of origin, Venezuela. (Doc. 18.) Respondents state they no longer seek to remove Petitioner to a third country.  Respondents further state that the only impediment to Petitioner's prompt removal to Venezuela is the Court order staying the removal, and if the Court lifts the stay, removal will occur in very short order.

On March 13, 2026, Petitioner responded to Respondents' status update. (Doc. 20.)

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only his first name and last initial, to protect sensitive personal information. See Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

Petitioner points out that Respondents have submitted no evidence, only a bare assertion, that removal is imminent or reasonably foreseeable. Thus, Respondents have not shown removal is reasonably foreseeable.

For the foregoing reasons, Respondents are DIRECTED to submit a declaration with any relevant documentation within five (5) days setting forth evidence[2] to demonstrate that removal is reasonably foreseeable in the near future.

IT IS SO ORDERED.

Dated:   **March 16, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

---

[2] As Petitioner notes, Respondents do not state that travel documents have been issued or even requested, that Venezuelan authorities have agreed to accept her, that a removal flight has been scheduled, or that Department of Homeland Security has any specific authorization permitting her repatriation. (Doc. 20 at 2.)