UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA CAROLINA HERNANDEZ,<br>A-Number: 246-944-077<br><br>Petitioner,<br><br>v.<br><br>MOISES BECERRA, et al.,<br><br>Respondents. | No.  1:26-cv-00001 JLT FJS (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 24)<br><br>ORDER LIFTING INJUNCTION AND DIRECTING RESPONDENTS TO PROVIDE STATUS UPDATE WITHIN FOURTEEN DAYS |

Diana Carolina Hernandez is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 25, 2026, the assigned Magistrate Judge issued Findings and Recommendations to lift the stay of removal.  (Doc. 24.)  The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days.  (Doc. 12.) On April 6, 2026, Petitioner filed objections. (Doc. 25.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Based upon the foregoing, the Court **ORDERS**:

1.      The Findings and Recommendations issued on March 25, 2026, (Doc. 24), are **ADOPTED** in full.

1

2.     The stay of removal issued on January 1, 2026, is **LIFTED** as to Petitioner's removal to Venezuela.

IT IS SO ORDERED.

Dated:   **April 7, 2026**

UNITED STATES DISTRICT JUDGE