UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANA CAROLINA HERNANDEZ,
A-Number: 246-944-077

        Petitioner,

    v.

MOISES BECERRA, et al.,

        Respondents.

No.  1:26-cv-00001 JLT FJS (HC)

AMENDED ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ORDER LIFTING INJUNCTION
(Doc. 24)

ORDER DENYING EMERGENCY MOTION

(Doc. 26)

Diana Carolina Hernandez is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 25, 2026, the assigned Magistrate Judge issued Findings and Recommendations to lift the stay of removal.  (Doc. 24.)  The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days.  (Doc. 12.) On April 6, 2026, Petitioner filed objections. (Doc. 25.)

In addition, Petitioner filed an emergency motion for release in light of a medical condition she has been suffering for three weeks. (Doc. 26 at 1-3) As a result, she was taken to a hospital where she received treatment. *Id* at 2. She reports that she has not had sufficient follow-up since her release from the hospital on April 3, 2026, but she does not detail what care should be provided and whether this care is something ordered by the hospital or is her opinion of what should be provided. *Id*. In any event, in light of the Court's order here, release from custody is not

1

appropriate and the emergency motion (Doc. 26) is DENIED as MOOT.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 25, 2026, (Doc. 24), are **ADOPTED** in full, though it does not require the status report recommended in the findings and recommendations.

2. The stay of removal issued on January 1, 2026, is **LIFTED** as to Petitioner's removal to Venezuela.

3. The emergency motion for release (Doc. 26) is **DENIED as MOOT**.

IT IS SO ORDERED.

Dated:   **April 9, 2026**

_____
UNITED STATES DISTRICT JUDGE

2